UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  2:25–cv–06473–MWF–RAO        Date   September 5, 2025

Title    BERNARD TARUC V. KIMLAN T. NGUYEN ET AL

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|   Rita Sanchez   | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

   In light of the Notice of Settlement filed 09/04/2025, the Court sets a hearing on Order To Show Cause Re Dismissal for October 6, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

   **IT IS SO ORDERED.**

Initials of Clerk:  mal